# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. §§ 922(g)(1) – Felon in Possession of Firearm and/or Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Max. Imprisonment: 10 years (18 U.S.C. § 924(a)(2))
Max. Fine: $250,000 (18 U.S.C. § 3571)
Max. Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
Mandatory Special Assessment: $100 (18 U.S.C. § 3013)

### DEFENDANT - U.S

▶ EMONIE BAILEY

**DISTRICT COURT NUMBER**
CR22-447JSW

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form:** Stephanie M. Hinds
☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** Lina Peng

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal   ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
SFPD

Has detainer been filed? ☐ Yes   ☒ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year 09/16/2022

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**FILED**
Nov 29 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

## OFFENSE CHARGED

- 18 U.S.C. §§ 922(g)(1) – Felon in Possession of Firearm and Ammunition
- 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty   ☐ Minor   ☐ Misdemeanor   ☒ Felony

**PENALTY:**
- Max. Imprisonment: 10 years (18 U.S.C. § 924(a)(2))
- Max. Fine: $250,000 (18 U.S.C. § 3571)
- Max. Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
- Mandatory Special Assessment: $100 (18 U.S.C. § 3013)

## DEFENDANT - U.S

**HAROLD HOLLIS**

**DISTRICT COURT NUMBER:** CR22-447JSW

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any):** FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE    SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form:** Stephanie M. Hinds

☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** Lina Peng

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution: SFPD

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST:** 09/16/2022

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY:** Month/Day/Year

☐ This report amends AO 257 previously submitted

**FILED**
Nov 29 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:** ☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    **Bail Amount:**

If Summons, complete following: ☐ Arraignment ☐ Initial Appearance

**Defendant Address:**

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Date/Time:**    **Before Judge:**

**Comments:**

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. §§ 922(g)(1) – Felon in Possession of Firearm and Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Max. Imprisonment: 10 years (18 U.S.C. § 924(a)(2))
Max. Fine: $250,000 (18 U.S.C. § 3571)
Max. Supervised Release: 3 years (18 U.S.C. § 3583(b)(2))
Mandatory Special Assessment: $100 (18 U.S.C. § 3013)

### DEFENDANT - U.S

DARELL EVERETTE

DISTRICT COURT NUMBER: CR22-447JSW

**FILED**
Nov 29 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Lina Peng

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution: SFPD

Has detainer been filed? ☐ Yes ☒ No
If "Yes" give date filed:

**DATE OF ARREST** ► Month/Day/Year 09/16/2022
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR22-447JSW

---

UNITED STATES OF AMERICA,

V.

EMONIE BAILEY,
HAROLD HOLLIS,
DARELL EVERETTE,

DEFENDANT(S).

**FILED**

Nov 29 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 29th day of

November, 2022.

Stephen Ybarra

Clerk

Bail, $ No Bail Warrant

Hon. Alex G. Tse, United States Magistrate Judge

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

Nov 29 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>   Plaintiff, </br></br>   v. </br></br> EMONIE BAILEY, </br> HAROLD HOLLIS, </br> DARELL EVERETTE, </br></br>   Defendants. | CASE NO. CR22-447JSW </br></br> VIOLATION: </br> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; </br> 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about September 16, 2022, in the Northern District of California, defendant,

EMONIE BAILEY,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one black 5.56 x 45 mm caliber Anderson Manufacturing semi-automatic pistol, bearing serial number 18045146, loaded with ammunition, namely, nineteen Winchester rounds, six Frontier rounds, six Lake City Army rounds, and six Remington Norma rounds, and knowingly possessed ammunition, namely, twenty-one .223 Remington

INDICTMENT

Federal Cartridge Company rounds, loaded inside one black 5.56 x 45 mm AR-15 style semi-automatic pistol, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about September 16, 2022, in the Northern District of California, defendant,

HAROLD HOLLIS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one 5.7 x 28 mm caliber Ruger-57 semi-automatic pistol, bearing serial number 64119170, loaded with ammunition, namely, twenty FN Herstal rounds, and knowingly possessed ammunition, namely, twenty-one .223 Remington Federal Cartridge Company rounds, loaded inside one black 5.56 x 45 mm AR-15 style semi-automatic pistol, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about September 16, 2022, in the Northern District of California, defendant,

DARELL EVERETTE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one black 9 mm Glock-19 semi-automatic pistol, bearing serial number BPKY547, loaded with ammunition, namely, two Sellier & Bellet rounds and fourteen Barnes Luger rounds, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in counts one through four of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, defendants,

EMONIE BAILEY,
HAROLD HOLLIS,
DARELL EVERETTE,

INDICTMENT                                     2

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

    a. One black 5.56 x 45 mm AR-15 style semi-automatic pistol, and ammunition, namely, twenty-one .223 Remington Federal Cartridge Company rounds and four Poongsan rounds seized on or about September 16, 2022;

    b. One black 9 mm Glock 19 semi-automatic pistol bearing serial number BPKY547, and ammunition, namely, two rounds of Sellier & Bellot and fourteen rounds of Ruger seized on or about September 16, 2022;

    c. One 5.7 x 28 mm caliber Ruger-57 semi-automatic pistol, bearing serial number 64119170, one magazine, and ammunition, namely, twenty rounds of FN Herstal, seized on or about September 16, 2022;

    d. One black 5.56 x 45 mm caliber Anderson Manufacturing semi-automatic pistol, bearing serial number 18045146, one magazine, and ammunition, namely, nineteen Winchester rounds, six Frontier rounds, six Lake City Army rounds, and six Remington Norma rounds, seized on or about September 16, 2022;

    e. One black Durkin AR-15 semi-automatic pistol, one magazine, one magazine, and ammunition, namely sixteen Winchester rounds and ten Poongsan rounds, seized on or about September 16, 2022;

    f. One 7.62 x 39 mm caliber AK-47 style semi-automatic rifle, bearing serial number BR 45315, and one magazine seized on or about September 16, 2022;

    g. Any magazines, firearms accessories or parts, and ammunition seized with the above firearms on or about September 16, 2022;

    h. Any ammunition, magazines, firearms accessories or parts, seized from 7036 MacArthur Blvd, Apartment 9, Oakland CA, on or about September 16, 2022, including but not limited to the following: one 100 round drum magazine loaded with ammunition; one Glock 10 round magazine seized from dresser drawer; ammunition of various caliber seized from hamper in closet; one rifle magazine and one high-

INDICTMENT       3

capacity .45 cal magazine seized from kitchen cabinet; two boxes of ammunition seized from kitchen cabinet; sixty-nine 7.62 x. 39 mm unfired cartridges seized from kitchen table; one 5.7 mm unfired cartridge seized from under couch; 167 loose rounds of ammunition of various caliber and manufacturer seized from residence.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: November 29, 2022

A TRUE BILL.

/s/ *Foreperson*
FOREPERSON
SAN FRANCISCO

STEPHANIE M. HINDS
United States Attorney

/s/ *Lina Peng*
LINA PENG
Assistant United States Attorney

INDICTMENT    4