UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EMONIE BAILEY,<br><br>  Defendant. | Case No. 22-cr-00447-JSW-1<br><br>**ORDER TO SHOW CAUSE REGARDING CORRECTED NOTICE OF FILING OF EXHIBIT - VIDEO**<br><br>Re: Dkt. No. 196 |

The Court has received the corrected notice of filing of a video exhibit in aid of Defendant's sentencing hearing scheduled for April 16, 2024, which has been shared with the Government but, to date, has not been filed – publicly or under seal.  In a communication with court staff, Defendant, through counsel, indicated that he did not intend to file the video on the public docket, unless the Court directed him to do so.

The Court concludes the video should be filed to preserve it for the record and ORDERS Defendant to show cause why the video should not be filed on the public docket.  Defendant's response to this Order to Show Cause shall be due by April 16, 2024.

**IT IS SO ORDERED**.

Dated: April 12, 2024

_____
JEFFREY S. WHITE
United States District Judge